FILED
2017 Feb-02  AM 10:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ARLANDER TAYLOR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **2:14-CV-00854-SGC** |
| **MIDLAND FUNDING, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, Arlander Taylor, ("Plaintiff"), by and through undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of Plaintiff against Defendants.  Plaintiff, therefore, requests that this Honorable Court vacate all dates currently set on the calendar for the present matter and give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 2nd day of February, 2017.

/s/ John G. Watts
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 2, 2017,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jason B. Tompkins
Thomas R. DeBray, Jr.
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642

/s/ John G. Watts
OF COUNSEL