FILED
2017 Mar-07  PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ARLANDER TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:14-cv-00854-SGC |
| MIDLAND FUNDING, LLC, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On March 1, 2017, a joint stipulation of dismissal was filed, signed by all parties to the above-captioned matter. (Doc. 71). Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs. FED. R. CIV. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 7th day of March, 2017.

_Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE